FILED
MT

2005 NOV 10 PM 2 56

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | | |
|---|---|---|
| RODNEY HERMAN SWAIN, | ) | CV-05-57-BLG |
| Plaintiff, | ) | |
| vs. | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS OF |
| DR. SKELTON and NURSE KYDLAND, | ) | U.S. MAGISTRATE JUDGE |
| Defendant. | ) | |

On November 8, 2005, United States Magistrate Judge Richard W. Anderson entered his Findings and Recommendation. Magistrate Judge Anderson recommends Plaintiff's Motion to Proceed *In Forma Pauperis (Doc. # 2)* be denied.

In some cases, upon service of a Magistrate Judge's findings and recommendation, a party has ten days to file written objections. *See* 28 U.S.C. § 636(b)(1). However, in the present case Plaintiff is not allowed ten days to file written objections because the Magistrate Judge's authority to make the recommendation on this pretrial matter is derived from 28 U.S.C. § 636(b)(3), which does not provide a party ten days to file written objections with the district court. *Minetti v. Port of Seattle,* 152 F.3d 1113, 1114 (9th Cir. 1998).

After an extensive review of the record and applicable law, this Court finds Magistrate Judge Anderson's Findings and Recommendation are well grounded in law and fact and adopts

1

them in their entirety.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Proceed *In Forma Pauperis* (***Doc. #2***) is **DENIED** and the Complaint be **DISMISSED WITHOUT PREJUDICE** for failure to pay the filing fee or properly apply to proceed *in forma pauperis*.

The Clerk of Courts shall notify the parties of the making of this Order.

DATED the 10 day of November 2005.

RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE

2